NEW JERSEY DEPARTMENT OF LABOR,
WORKMEN'S COMPENSATION BUREAU.

MARY HEALEY (GUARDIAN) MARTIN HEALEY, PETI-
TIONER, v. J. W. FERGUSON COMPANY, RESPONDENT.

On determination and dismissal.

For the petitioner, *Viviano & Kehoe.*

For the respondent, *Richard W. Baker.*

After listening to the testimony in the case, I find that
the petitioner has failed to sustain the burden of proving
conclusively the five points of the hernia section of the Com-
pensation law, in that he has failed to show that the at-
tendance of a licensed physician was required within twenty-
four hours, and, further, has failed to show such prostration
that the petitioner was forced to cease work immediately.

I further find that the death of the deceased, to be com-
pensable, hinges upon the compensability of the hernia. I
find that the petitioner has failed to show that the hernia
and the operation for the hernia did cause the death of the
deceased, as the medical testimony of Dr. Boylan and Dr.
Dwyer was merely to the effect that this was a possibility,
and they did not state that this was a probability or that
in their opinion the death was caused by the injury and the
operation.

\*　　　\*　　　\*　　　\*　　　\*　　　\*　　　\*

HARRY J. GOAS,
*Deputy Commissioner.*